UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

CANDIDO PEREZ LOPEZ,

Petitioner,

v.

CAUSE NO. 3:26-CV-553-CCB-SJF

SAMUEL OLSON, et al.,

Respondents.

## **ORDER**

In a prior order, the court conditionally granted the petition for a writ of habeas corpus under 28 U.S.C. § 2241 and ordered the respondents to release the petitioner if he was not provided with an individualized bond hearing on or before May 22, 2026. (ECF 9.) The respondents have notified the court that the petitioner was provided with a bond hearing on May 19, 2026. (ECF 14.) Therefore, the court **DIRECTS** the clerk to enter judgment consistent with the court's order and to close this case.

SO ORDERED on May 29, 2026.

/s/ *Cristal C. Brisco*
CRISTAL C. BRISCO, JUDGE
UNITED STATES DISTRICT COURT